UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆

**UNITED STATES OF AMERICA,**

                        **Plaintiff,**

                **-v-**                          **5:12-CV-324 (NAM/DEP)**

**RICHARD LEVINE,**

                        **Defendant.**

◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆

APPEARANCES:

Overton, Russell, Doerr & Donovan, LLP
Linda L. Donovan, Esq., of counsel
19 Halfmoon Executive Park Drive
Clifton Park, New York 12065
Attorney for Plaintiff

**Hon. Norman A. Mordue, United States District Judge:**

**MEMORANDUM-DECISION AND ORDER**

      Plaintiff, the United States of America, brings this action to recover monies owed by defendant on a student loan. On March 28, 2012, plaintiff obtained a Clerk's Entry of Default (Dkt. No. 6). Plaintiff now moves (Dkt. No. 7) for default judgment in the sum of $12,590.98 plus 7% interest, as provided in the promissory note signed by defendant on February 1, 1983, in the amount of 17,729.09, for a total of $30,320.07. Plaintiff also seeks $25 in costs.

      The complaint, promissory note, incorporated by reference therein, and counsel's affidavit establish the amount due, defendant's nonmilitary status, and the costs of $25. Plaintiff has demonstrated its entitlement to recover a total of $30,345.07.

      It is therefore

ORDERED that the motion (Dkt. No. 7) for default judgment is granted; and it is further

ORDERED that default judgment is granted in the amount of $30,345.07.

IT IS SO ORDERED.

Date:   May 7, 2012
        Syracuse, New York

_____
Honorable Norman A. Mordue
U.S. District Judge